## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CATHERINE SKILES,

        Plaintiff,

v.                                                    Case No. 06-4040-JAR

COUNTY OF RAWLINS, *et al.,*

        Defendants.

_____

### **ORDER**

        This matter comes before the court upon completion of a telephone status conference in this matter (Doc. 18). Plaintiff appeared at the telephone status conference through counsel Maren L. Chaloupka and Kurt Kerns. Defendant Rawlins County appeared through counsel Wendell Cowan, Jr. There were no other appearances.

        Upon consultation with the parties, the court found good cause to suspend the Telephone Scheduling Conference and the deadline for submission of the Parties' Planning Report pending further order of the court. Accordingly,

        **IT IS THEREFORE ORDERED** that the Telephone Scheduling Conference, currently set for August 14, 2006, at 1:30 p.m., and deadline for the Parties' Planning Report are hereby suspended pending further order of this court.

        **IT IS SO ORDERED.**

        Dated this 2nd day of August, 2006, at Topeka, Kansas.

                                                                   s/ K. Gary Sebelius  
                                                                   K. Gary Sebelius  
                                                                   U.S. Magistrate Judge